UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTONIO TYSON | * | CIVIL ACTION |
| VERSUS | * | NO. 10-1097 |
| ROBERT C. TANNER, WARDEN | * | SECTION "F"(6) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the respondent's motion for summary judgment be GRANTED and that petitioner's federal application be DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST.

New Orleans, Louisiana, this 24th day of Sept., 2010.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE